6879

### STATE OF SOUTH CAROLINA *EX REL.* J. FRASER LYON, ATTORNEY GENERAL v. PALMETTO BOWLING CLUB.

TRIAL BY JURY.—In proceeding to enjoin maintenance of nuisance, respondent is not entitled to trial by jury of facts alleged as constituting nuisance where he does not deny them.

Petition in the original jurisdiction of this Court by J. Fraser Lyon, Attorney-General, in behalf of State against Palmetto Bowling Club, Henry Nolte and Chris H. Nolte, to restrain them from maintaining a pleasure resort to which persons are accustomed to go to drink alcoholic liquors as a beverage.

*Attorney-General, J. Fraser Lyon,* for petitioner.

*Messrs. Simons, Siegling* and *Capplemann.* contra.

April 21, 1908. The opinion of the Court was delivered by

MR. JUSTICE GARY. The respondents, in their answer, assert the right of trial by jury.

They do not, however, deny the facts, which, it is alleged, constitute a nuisance, and as there are no facts in issue, such right is not properly before this Court for consideration.

It is the judgment of this Court, that the respondents be perpetually enjoined from maintaining, using and keeping said place, where persons are permitted to resort, for the purpose of drinking alcoholic liquors and beverages, and from permitting persons to resort to the said premises for the purpose of drinking alcoholic liquors and beverages.